# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 27, 2023

## NO. 03-21-00555-CV

**Houston Todd Musick and The Musick Law Firm, PLLC, Appellants**

**v.**

**Marco Zamora and Sirlene Castro Zamora, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on August 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.